

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 24-26-UNA |
| SHABAZZ BARLOW, | : |
| Defendant. | : |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

**(Conspiracy to Traffic Firearms)**

From on or about September 2022 through April 2023, in the District of Delaware, **SHABAZZ BARLOW**, defendant herein, did knowingly conspire and agree with persons known and unknown to the grand jury to ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm, to wit: a New Frontier Armory LLC, LW-15, Serial Number NLV77505 to Person-1, in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by Person-1 would constitute a felony, in violation of Title 18, United States Code, Sections 933(a)(1), 933(a)(3), and 933(b).

### COUNT TWO

**(Trafficking of Firearms)**

On or about March 15, 2023, in the District of Delaware, **SHABAZZ BARLOW**, defendant herein, did ship, transport, transfer, cause to be transported,

FILED

FEB 15 2024

U.S. DISTRICT COURT

or otherwise dispose of a firearm, to wit: a New Frontier Armory LLC, LW-15, Serial Number NLV77505 to Person-1, in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by Person-1 would constitute a felony, and did attempt to do so, in violation of Title 18, United States Code, Sections 933(a)(1), 933(a)(3), and 933(b).

## COUNT THREE

### (Possession of a Firearm by a Convicted Felon)

On or about March 15, 2023, in the District of Delaware, **SHABAZZ BARLOW**, defendant herein, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate and foreign commerce, a firearm, to wit: a New Frontier Armory LLC, LW-15, Serial Number NLV77505 in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

///

## NOTICE OF FORFEITURE

Upon conviction of the offenses in violation of 18 U.S.C. §§ 933(a)(1) and 922(g)(1) set forth in Counts One through Three of this Indictment, defendant, SHABAZZ BARLOW, shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any and all firearms and ammunition involved in the commission of the offenses. The property to be forfeited includes, but is not limited to New Frontier Armory LLC, LW-15, Serial Number NLV77505. If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL

_____
Foreperson

DAVID C. WEISS
UNITED STATES ATTORNEY

By: _____
Kevin P. Pierce
Assistant United States Attorney

Dated: 2/15/24

3